No. 84–1620. BOLAR PHARMACEUTICAL CO., INC. *v.* CIBA-GEIGY CORP. C. A. 3d Cir. Certiorari denied.

No. 84–1629. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS PENSION PLAN ET AL. *v.* SHAW. C. A. 9th Cir. Certiorari denied.

No. 84–1631. LUCAS *v.* DANIEL INTERNATIONAL CORP. Sup. Ct. Mo. Certiorari denied.

No. 84–1651. FLORIDA *v.* MANEE. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 84–1694. SHARYLAND WATER SUPPLY CORP. *v.* BLOCK, SECRETARY OF AGRICULTURE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–1721. RAFTER *v.* ANGLO-IRANIAN OIL CO., LTD., ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–1735. WATERS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 84–1742. CARBONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–1753. FEULING *v.* WOOD, DBA ALUMINUM ACCESSORIES, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 84–1762. CERASANI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–6171. BENITEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–6387. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–6530. DUSAKTO *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 84–6532. PICHON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.